IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Jessica E. et al, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:16 CV 50181 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Harlem School Board School | ) | |
| District #122 et al, | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

     Motion hearing held on 1/19/2018. The motions to withdraw [70] and [71] are granted. Attorney Joyce O'Neil Austin is removed from the case as counsel for the plaintiff. Plaintiff fails to appear after she was ordered to appear on 12/15/2017 (Dkt. 73). Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution under Rule 41(b) be granted. Any objection must be filed by 2/5/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: 1/22/2018                                                  /s/ Iain D. Johnston
                                                                                          U.S. Magistrate Judge