# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jessica E. et al., | ) | |
| | ) | |
|     *Plaintiffs*, | ) | |
| | ) | |
|     v. | ) | Case No: 16 C 50181 |
| | ) | |
| Harlem School Board School District #122 et al., | ) ) | |
| | ) | |
|     *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [74] from the magistrate judge recommending that this court dismiss the case for want of prosecution under Rule 41(b). Accordingly, there being no written objection to the report and recommendation of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985) and the court having reviewed the R&R, the court accepts the R&R and dismisses the case. This case is closed.

Date: 2/6/2018                                    ENTER:

                                                                                                                                                                    *[signature]*
                                                                                                                                                                  FREDERICK J. KAPALA

                                                                                                                                                                  District Judge