# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jessica E., et al.,

Plaintiff(s),

v.

Harlem School Board School District #122, et al.,

Defendant(s).

Case No. 16 C 50181
Judge Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment of dismissal for want of prosecution under Rule 41(b) is entered.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☐ decided by Judge          on a motion

Date: 2/8/2018

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk